Joseph S. Cianfrani (Bar No. 196186)
joe.cianfrani@knobbe.com
Marko R. Zoretic (Bar No. 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
BRAVO SPORTS

JS-6

NOTE: CHANGES MADE BY THE COURT

James Doroshow (Bar No. 112920)
jdoroshow@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA  90067-1506
Phone: (310) 228-6990
Facsimile: (310) 556-9828

Attorney for Defendant
MADE IN MARS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVO SPORTS, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MADE IN MARS, INC., a California corporation,<br><br>    Defendant. | Case No. 2:16-cv-04428 MWF (AFMx)<br><br>Hon. Michael W. Fitzgerald<br><br>**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Bravo Sports ("Bravo") and Defendant Made in Mars, Inc. ("Mars") consent and agree to the terms and conditions of this Final Consent Judgment and Permanent Injunction.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. On June 20, 2016, Bravo initiated this action by filing a Complaint against Mars in the Central District of California alleging that Mars infringed U.S. Patent No. 9,193,332 ("the '332 Patent"), by virtue of Mars' making, using, offering for sale, sale and/or importing into the United States wheel covers for skateboards and skateboards with wheel covers.

2. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 1338(a). Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

3. Mars' making, using, offering for sale, sale and/or importing into the United States wheel covers for skateboards and skateboards with wheel covers as shown in Exhibit A constitutes infringement of at least claim 1 of the '332 Patent.

4. Mars, together with (a) its officers, directors, agents, servants, employees and affiliates thereof, representatives and attorneys; and (b) all persons acting or attempting to act in concert or participation with them who have actual notice of this Permanent Injunction., are permanently enjoined and restrained as of the date hereof from making, using, offering to sell, selling, or distributing within the United States, its territories and possessions, or by importing into the United States, its territories and possessions the wheel covers for skateboards and skateboards with wheel covers as shown in Exhibit A or any other colorable variations until the expiration of the '332 Patent.

5. Each party will bear its own costs and attorneys' fees for this action.

6. This Court shall retain jurisdiction over this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

Dated: January 5, 2017

_____
Hon. Michael W. Fitzgerald
United States District Judge

APPROVED AS TO FORM:

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 4, 2017      By: */s/ Marko R. Zoretic*
                                 Joseph S. Cianfrani
                                 Marko R. Zoretic

                            Attorneys for Plaintiff
                            BRAVO SPORTS

FOX ROTHSCHILD LLP

Dated: January 4, 2017      By: */s/ James Doroshow*
                                 James Doroshow

                            Attorney for Defendant
                            MADE IN MARS, INC.

24740833

-2-